**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                                          **Case # 1:05MJ19 AK**

**MICHAEL GIBSON**

                                                          **USM # 20605-017**

                                                          **Defendant's Attorney:**
                                                          **Thomas Miller (AFPD)**
                                                          **101 S.E. 2nd Avenue**
                                                          **Gainesville, FL 32601**

_____

**JUDGMENT IN A CRIMINAL CASE**

The defendant pled guilty to Counts 1 - 3 of the Complaint on May 10, 2005.  Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 38CFR1.28(b)11 | Disorderly Conduct | May 9, 2005 | 1 |
| 38CFR1.28(b)16 | Entering VA under the influence of alcohol | May 9, 2005 | 2 |
| 38CFR1.218(b)39 | Possession of knife/possession of hand held weapon | May 9, 2005 | 3 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
May 10, 2005

**s/ A. KORNBLUM**
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

Date: **May 10, 2005**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **30 days as to counts 1, 2, and 3 each count to run consecutive with each other for a total of 90 days incarceration.**

     **During that time defendant will undergo medical and psychological evaluation, specifically for alcohol and substance abuse, and treatment as warranted by the Veteran's Administration.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal